**Petition for Writ of Mandamus Denied and Opinion filed August 20, 2020.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00545-CV**

**IN RE CHRISTOPHER DUPUY, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-89958**

## MEMORANDUM OPINION

On August 4, 2020, relator Christopher Dupuy filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl Moore, presiding judge of the 333rd District Court of Harris County, to: (1) vacate his February 24, 2020 order denying relator's motion for default judgment and his June 20, 2020 order denying relator's motion to compel responses to discovery requests, and (2) to grant these motions.

We dismiss relator's petition without prejudice to refiling because relator's petition and appendix do not show that relator has complied with the requirements of Rule 52.7 and Rule 52.3(k) and (j) of the Texas Rules of Appellate Procedure.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.